IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-CR-064 |
| | ) | |
| CECIL WAYNE GREGG | ) | |

## **O R D E R**

The United States' motion to dismiss indictment without prejudice [doc. 42] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge